AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

DEC 0 1 2011

CHRIS R. JOHNSON, Clerk
By _____
Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Isidoro CUELLAR-Hernandez | ) | Case No. 4:11MJ4022 |
| | ) | |
| Defendant | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  09/10/2008  in the county of  Howard  in the  Western  District of Arkansas, the defendant violated  18  U. S. C. §  1546 (b)(2) , an offense described as follows:

Knowingly use an identification document not issued lawfully for the use of the possessor, for the purpose of satisfying a requirement of section 274A(b) of the Immigration and Nationality Act

This criminal complaint is based on these facts:
See attached

☑ Continued on the attached sheet.

_____
Complainant's signature

Jeremy T. Ridenour, HSI  Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: December 1, 2011

_____
Judge's signature

City and state:    Texarkana, Arkansas

Barry A. Bryant, United States Magistrate Judge
Printed name and title

# AFFIDAVIT

### Regarding: **Isidoro CUELLAR-Hernandez**

I, Jeremy T. Ridenour, am a Special Agent with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I am presently assigned to the HSI office in Texarkana, Arkansas. I have been employed as a Special Agent with HSI and its predecessor agency, the United States Immigration and Naturalization Service, since April 2002. Prior to becoming a Special Agent, I was a Border Patrol Agent for over three years.

On November 18, 2011, Detective Larry Marion of the Nashville, Arkansas Police Department notified HSI Special Agent (SA) David M. Chamberlin Jr. that he had arrested Isidoro CUELLAR-Hernandez on November 15, 2011 for the offense of Forgery in the 2nd Degree. Detective Marion informed SA Chamberlin that he had learned that CUELLAR-Hernandez had been working at the Husqvarna plant in Nashville, Arkansas utilizing the identity of Daniel Benitez. Detective Marion stated that CUELLAR-Hernandez had told him that he had been born in Mexico and living illegally in the United States for 11 years.

Also on November 18, 2011, Detective Marion provided SA Chamberlin with a copy of the Employment Eligibility Verification Form (Form I-9) which CUELLAR-Hernandez had completed in order to gain employment with Husqvarna, as well as a copy of the Nashville, Arkansas Police Department report detailing the arrest of CUELLAR-Hernandez on November 15, 2011.

A review of the aforementioned Form I-9 indicates that CUELLAR-Hernandez had presented a Texas Identification Card with a number ending in 3241 and a Social Security Administration card with a number ending in 6013, both purported to have been assigned to Daniel Benitez, in conjunction with the Form I-9, on or about September 10, 2008 for the purpose of gaining employment at Husqvarna.

On November 18, 2011, SA Chamberlin advised CUELLAR-Hernandez of his right to speak with a consular officer of his country.

Later on November 18, 2011, I advised CUELLAR-Hernandez of his Constitutional rights with a Miranda warning. After indicating that he understood his rights and voluntarily waiving those rights, CUELLAR-Hernandez provided a sworn statement admitting to SA Chamberlin and me that he was a citizen of Mexico illegally present in the United States. In this statement, CUELLAR-Hernandez also admitted to having used identification documents in the name of Daniel Benitez to obtain employment at Husqvarna, and to having known that doing so was illegal. CUELLAR-Hernandez stated that he had obtained identification documents in the name of Daniel Benitez from an unknown friend in Hope, Arkansas.

Based upon this information, I believe that CUELLAR-Hernandez is in violation of Title 18 United States Code, Section 1546 (b)(1), by having knowingly used identification

# AFFIDAVIT

## Regarding: Isidoro CUELLAR-Hernandez

documents not lawfully issued for his use, to wit: a Texas Identification Card with a number ending in 3241 and a Social Security Administration card with a number ending in 6013, for the purpose of satisfying the requirements of Section 274A(b) of the Immigration and Nationality Act, which governs the documents required to establish employment authorization and identity.

Dated at Texarkana, Arkansas, in the Western District of Arkansas, on this 1st day of December, 2011.

_____
Jeremy T. Ridenour
Special Agent
Homeland Security Investigations


Sworn to and subscribed before me this 1st day of December, 2011.

_____
Barry A. Bryant
United States Magistrate Judge